FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ OCT 30 2008 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| IN RE: AIR CRASH DISASTER OFF THE COAST OF NANTUCKET ISLAND, MASSACHUSETTS ON OCTOBER 31, 1999 | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>00-md-1344 (BMC) |

-------------------------------------------------------- X

This matter is before me on the Report and Recommendation of Magistrate Judge Robert M. Levy dated October 7, 2008, in which he recommended that the Court approve [523] the Compromise Settlement relating to Case No. 00-cv-6501 only. No objections have been filed to the Report and Recommendation. Having reviewed the Report and Recommendation, I adopt it in full.

It is therefore ORDERED that the Court approves the Compromise Settlement relating to Case No. 00-cv-6501.

**SO ORDERED.**

/s/(BMC)

_____
Brian M. Cogan
U.S.D.J.

Dated: Brooklyn, New York
October 30, 2008